IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| HARTFORD ACCIDENT AND INDEMNITY COMPANY, HARTFORD FIRE INSURANCE COMPANY, AND TWIN CITY FIRE INSURANCE COMPANY,<br><br>      Plaintiffs,<br><br>  v.<br><br>FFP HOLDINGS LLC, OHIO DECORATIVE PRODUCTS, LLC, MOELLER CONSTRUCTION COMPANY, MOELLER LAND & CATTLE COMPANY, INC., GREAT AMERICAN ALLIANCE INSURANCE COMPANY, WESTCHESTER FIRE INSURANCE COMPANY, OHIO CASUALTY INSURANCE COMPANY, SWISS REINSURANCE AMERICA CORPORATION, CONTINENTIAL CASUALTY COMPANY, AND DOE COMPANIES 1 THROUGH 5,<br><br>      Defendants. | Case No.  3:15-cv-00377-JJH<br><br>Judge Jeffrey J. Helmick |

**STIPULATION TO SUBSTITUTE AND DISMISS**

Plaintiffs Hartford Accident and Indemnity Company ("Hartford Accident"), Hartford Fire Insurance Company ("Hartford Fire"), and Twin City Fire Insurance Company ("Twin City") (collectively, "Hartford") and Defendant Swiss Reinsurance America Corporation ("Swiss") hereby stipulate as follows:

1. Counsel for Swiss has advised counsel for Hartford that Swiss is not the entity that issued the policies alleged in Paragraph 13 of the Amended Complaint (Docket No. 15) and that those policies were in fact issued by First Specialty Insurance Corporation ("FSIC").

      2.      FSIC is a Missouri corporation having its principal place of business in Overland Park, Kansas, and its inclusion as a defendant in this action will not affect the diversity of citizenship between plaintiffs and defendants.

      3.      Hartford and Swiss therefore stipulate that Swiss may withdraw its appearance in this matter, that FSIC may be substituted in its place, that FSIC may be substituted in the caption for Swiss, and that Swiss may be dismissed without prejudice as a defendant in this matter.

| HARTFORD ACCIDENT AND INDEMNITY COMPANY, HARTFORD FIRE INSURANCE COMPANY, and TWIN CITY FIRE INSURANCE COMPANY | SWISS REINSURANCE AMERICA CORPORATION, and FIRST SPECIALTY INSURANCE CORPORATION |
|---|---|
| */s/ Stuart J. Goldberg* <br> Stuart J. Goldberg <br> Eastman & Smith <br> One SeaGate, 24th Floor <br> P.O. Box 10032 <br> Toledo, OH 43699 <br> (419) 247-1623 <br> Fax: (419) 247-1777 <br> SJGoldberg@EastmanSmith.com <br><br> Wayne S. Karbal <br> Alan M. Posner <br> Karbal, Cohen, Economou, Silk & Dunne, LLC <br> 150 S. Wacker Drive, Suite 1700 <br> Chicago, IL 60606 <br> (312) 431-3700 <br> Fax: (312) 431-3670 <br> wkarbal@karballaw.com <br> aposner@karballaw.com | */s/ Cormac B. DeLaney* <br> Cormac B. DeLaney <br> Manahan, Pietrykowski, DeLaney & Wasielewski <br> 414 N. Erie Street <br> P.O. Box 2328 <br> Toledo, OH 43603 <br> (419) 243-6148 <br> Fax: (419) 241-7759 <br> cdelaney@mpdwlaw.com <br><br> Adam H. Fleischer <br> Ellen J. Zabinski <br> BatesCarey LLP <br> 191 N. Wacker Drive <br> Suite 2400 <br> Chicago, IL 60606 <br> (312) 762-3100 <br> Fax: (312) 762-3200 <br> afleischer@batescarey.com <br> ezabinski@batescarey.com |

> So Ordered.
>
> S/ Jeffrey J. Helmick
> United States District Judge