UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Hartford Accident and Indemnity
Company, et al.,

Case No. 3:15-cv-377

        Plaintiffs,

v.

JUDGMENT ENTRY

FFP Holdings LLC, et al.,

        Defendants.

For the reasons stated in the Memorandum Opinion and Order filed contemporaneously, I grant the motions for summary judgment filed by American Casualty Company of Reading, PA, Continental Casualty Company, National Fire Insurance Company of Hartford, Transportation Insurance Company, and Valley Forge Insurance Company, (Doc. No. 219), and Westchester Fire Insurance Company. (Doc. No. 223).

I deny the motion for summary judgment filed by FFP Holdings, LLC, Ohio Decorative Products, LLC, and Moeller Land & Cattle Co., Inc. (Doc. No. 217).

So Ordered.

                                      s/ Jeffrey J. Helmick
                                      United States District Judge